BUSH TERMINAL BUILDINGS COMPANY, Respondent, *v.* BUSH TERMINAL RAILROAD COMPANY, Appellant.

Argued February 27, 1945; decided April 5, 1945.

*Frederick E. Crane, Arthur Garfield Hays, John Schulman, Osmond K. Fraenkel* and *Morris Shilensky* for appellant.

*Charles E. Cotterill* and *Abner J. Grossman* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.